No. 627. JOSHUA SYKES ET AL. *v.* UNITED STATES. January 17, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Theodore A. Bell* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.

No. 631. JOHN BARTON PAYNE, AS AGENT, ETC. *v.* INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA ET AL. January 17, 1921. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Henley C. Booth* and *Mr. William F. Herrin* for petitioner. *Mr. Neal Power* and *Mr. Warren H. Pillsbury* for respondents.

No. 647. JOHN W. SEAMAN ET AL. *v.* SAMUEL W. ADLER. Appeal from the Circuit Court of Appeals for the Eighth Circuit. January 17, 1921. Petition for a writ of certiorari herein denied. *Mr. William J. Hughes*, for appellants, in support of the petition. *Mr. Edw. W. Foristel*, for appellee, in opposition to the petition.

No. 658. LEE WING WAH ET AL. *v.* EDWARD WHITE, AS COMMISSIONER OF IMMIGRATION FOR THE PORT OF SAN FRANCISCO. January 17, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Jackson H. Ralston* and *Mr. George W. Hott* for petitioners. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for respondent.